**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Joseph Anthony WALKER,
Defendant—Appellant.**

**No. 06–6772.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 30, 2007.

Decided: July 2, 2007.

Joseph Anthony Walker, Appellant Pro Se. Brent Alan Gray, Office of the United States Attorney, Charleston, South Carolina, for Appellee.

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Anthony Walker appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C.A. § 3582(c) (West 2000 & Supp.2007) pursuant to Amendment 599. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Walker,* No. 2:02–cr–00522–DCN (D.S.C. Mar. 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*